May Term, 1845.

Moody
v.
The State.

not remain a true prisoner, but escaped and went at large beyond the prison-bounds. A return of "not found" was suggested as to *Hamilton*. *Gresham* demurred to a part of the declaration, and the demurrer was correctly overruled. He then pleaded three pleas, two of which, the first and the third, were properly decided to be bad upon demurrer.

The second plea was, that no return of *nulla bona* had been made, nor affidavit filed before the justice, previously to issuing the execution on which *Hamilton* was arrested. A general demurrer to this plea was sustained. Damages assessed by the Court by consent of the parties; and final judgment for the plaintiffs.

The judgment is erroneous. To authorize the justice to issue the *ca. sa.* on which *Hamilton* was arrested, there should have been a return of no goods found to a *fieri facias*, or an affidavit, prescribed by the statute, filed with the justice. R. S. 1838, p. 381. The plea negatives both the return and the affidavit, and consequently shows that the *ca. sa.* was illegally issued. The arrest of *Hamilton*, therefore, was unlawful so far as the plaintiffs were concerned, and the bond for the prison-bounds was executed without consideration. The demurrer to the second plea should have been overruled.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*H. P. Biddle*, for the plaintiff.

*A. L. Robinson*, for the defendants.

---

Moody *v.* The State.—In error.

Monday,
June 23.

AN indictment cannot be sustained without proof that the offence was committed in the county where the venue is laid. 1 Chitt. C. L. 557.

The caption of an indictment may, by leave of the Court, be amended by the prosecuting attorney. 1 Chitt. C. L. 335.